```
 1  PATRICK L. FORTE #80050
    ANNE Y. SHIAU, #273709
 2  LAW OFFICES OF PATRICK L. FORTE
    One Kaiser Plaza, #480
 3  Oakland, CA 94612
    Telephone: (510) 465-3328
 4  Facsimile: (510) 763-8354

 5  Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 07-43389 WJL** |
| **JAMES WESLEY FOWLER and TERESA MARIE FOWLER,** | Chapter 13 |
| Debtors. | **DECLARATION OF DEFAULT IN SUPPORT OF ORDER MODIFYING PLAN** |

I, Anne Y. Shiau, declare:

1. I am one of the attorneys for the above named debtor. On June 17, 2011, an Amended Motion to Modify Chapter 13 Plan and Deadline to File Objections was served on all creditors for the above named debtor, the United States Trustee and the Chapter 13 Trustee. No objections were received within the time allowed, or the objections received, if any, have been withdrawn.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed July 11, 2011, at Oakland, California.

                                                  /s/ Anne Y. Shiau
                                                ANNE Y. SHIAU
                                                Attorney for Debtors

Case: 10-44744    Doc# 38    Filed: 07/12/11    Entered: 07/12/11 09:08:30    Page 1 of 1