Martha G. Bronitsky
Chapter 13 Standing Trustee
6140 Stoneridge Mall Rd #250
Pleasanton,CA 94588-4588
(925) 621- 1900
13trustee@oak13.com

Trustee for Debtor(s)

**The following constitutes
the order of the court. Signed February 6, 2014**

Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re

Solomon Earl Windham
Laura Ann Windham

debtor(s)

Chapter 13 Case No. 10-44744-RLE13

**ORDER VACATING
ORDER TO EMPLOYER OF DEBTOR TO PAY EARNINGS TO TRUSTEE**

At the request of the Chapter 13 Standing Trustee the Order to Employer of Debtor to Pay Earnings to Trustee dated 12/17/2013 is hereby vacated.

END OF ORDER

NO COURT SERVICE REQUIRED